No. 73–431. Broccolino, Judge v. Maryland Commission on Judicial Disabilities et al. Ct. App. Md. Motion to dispense with printing petition denied with leave to file a printed petition in conformity with Rule 39 of the Rules of this Court on or before December 19, 1973.

No. 73–5192. Mayer v. Moeykens. Motion for leave to file petition for writ of habeas corpus denied.

No. 73–232. Exxon Corp. v. Preston. Appeal from Ct. Civ. App. Tex., 9th Sup. Jud. Dist. Probable jurisdiction noted. Mr. Justice Powell took no part in the consideration or decision of this matter. 

No. 73–235. DeFunis et al. v. Odegaard et al. Appeal from Sup. Ct. Wash. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari granted. 

No. 73–434. Milliken, Governor of Michigan, et al. v. Bradley et al.;

No. 73–435. Allen Park Public Schools et al. v. Bradley et al.; and

No. 73–436. Grosse Pointe Public School System v. Bradley et al. C. A. 6th Cir. Certiorari granted. Cases consolidated and a total of one and one half hours allotted for oral argument. Reported below: 484 F. 2d 215.

No. 73–326. Byrd v. United States. C. A. D. C. Cir. Certiorari denied.